

# NUMBER 13-25-00489-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CITY OF EDINBURG, TEXAS,                                          Appellant,

v.

CESAR TORRES,                                                          Appellee.

## ON APPEAL FROM THE 139TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Peña, West, and Cron**
**Memorandum Opinion by Justice Peña**

This cause is before the Court on appellant City of Edinburg, Texas's "Motion to Dismiss Appeal Without Prejudice." Appellant informs the Court that this pending interlocutory appeal from the trial court's denial of its "Second Plea to the Jurisdiction as to [appellee's] Third Amended Petition" has been superseded by the filing of appellee Cesar Torres's "Fourth Amended Petition." The Court, having considered appellant's

motion to dismiss appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1) (allowing the Court to dismiss an appeal "[i]n accordance with a motion of appellant"). Accordingly, we grant appellant's motion, and the appeal is hereby dismissed. Costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
18th day of June, 2026.